# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-170** |
| | : | |
| **STEPHEN MAURY BAKER,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1752(a)(1)** |
| Defendant. | : | **(Unlawful Entry in a Restricted Building** |
| | : | **or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Violent Entry and Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **STEPHEN MAURY BAKER**, did knowingly enter and remain in the United States Capitol, a restricted building, without lawful authority to do so.

(**Unlawful Entry in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **STEPHEN MAURY BAKER**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **STEPHEN MAURY BAKER**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415-793

By:     /s/
        NICOLE BATTLE
        New York Bar
        Assistant United States Attorney
        Violent Crime and Narcotics Trafficking Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone No. (202) 252-6978
        Nicole.Battle@usdoj.gov