AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00170 |
| STEPHEN MAURY BAKER | ) | Assigned to: Judge G. Michael Harvey |
| AKA: UNKNOWN | ) | Assign Date: 1/27/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __STEPHEN MAURY BAKER__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: __01/27/2021__

2021.01.27
16:08:31 -05'00'

*Issuing officer's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* __1/29/21__ and the person was arrested on *(date)* __2/1/21__
at *(city and state)* __GARNER, NORTH CAROLINA__.

Date: __2/1/21__

*Arresting officer's signature*

__GREGORY S. GAREY, SPECIAL AGENT__
*Printed name and title*