# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00273 |
| | : | |
| **STEPHEN MAURY BAKER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 3, 2021 discovery letter in this case, which was served as an attachment via ECF on counsel for the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:  /s/
MICHAEL J. ROMANO
Trial Attorney, Detailee
IL Bar No. 6293658
555 4th Street, N.W.
Washington, D.C. 20530
202-307-6691
michael.romano@usdoj.gov

## CERTIFICATE OF SERVICE

On this 3rd day of June, 2021, a copy of the foregoing was served on counsel for the defendant via the court's Electronic Filing System

*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee



U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

June 3, 2021

David Bos, Esq.
Assistant Federal Public Defender
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W.
Washington, DC 20004

      Re:    *United States v. Stephen Baker*
              Case No. 1:21-cr-273

Dear Counsel:

      I am writing to memorialize production of discovery in this matter. On May 26, 2021, the government provided you with preliminary discovery, consisting of 124 files. On May 28, 2021, the government provided you with an additional three files. All of these were provided by way of USAfx, in a folder titled *US v. Stephen Baker - Discovery*. The files were titled as follows:

| File Name |
| --- |
| 0176-CE-3384526_0000001.pdf |
| 0176-CE-3384526_0000002.pdf |
| 0176-CE-3384526_0000002_1A0000001_0000001.pdf |
| 0176-CE-3384526_0000003.pdf |
| 0176-CE-3384526_0000003_1A0000002_0000001.pdf |
| 0176-CE-3384526_0000003_1A0000002_0000002.pdf |
| 0176-CE-3384526_0000004.pdf |
| 0176-CE-3384526_0000005.pdf |
| 0176-CE-3384526_0000006.pdf |
| 0176-CE-3384526_0000007_Redacted.pdf |

| |
|---|
| 0176-CE-3384526_0000007_1A0000017_0000001_Redacted.pdf |
| 0176-CE-3384526_0000008_Redacted.pdf |
| 0176-CE-3384526_0000009_Redacted.pdf |
| 0176-CE-3384526_0000010.pdf |
| 0176-CE-3384526_0000010_1A0000392_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000392_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000392_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000392_0000004.pdf |
| 0176-CE-3384526_0000010_1A0000393_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000393_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000393_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000393_0000004.pdf |
| 0176-CE-3384526_0000010_1A0000394_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000395_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000395_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000395_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000395_0000004.pdf |
| 0176-CE-3384526_0000010_1A0000395_0000005.pdf |
| 0176-CE-3384526_0000010_1A0000395_0000006.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000004.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000005.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000006.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000007.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000008.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000009.pdf |
| 0176-CE-3384526_0000010_1A0000396_0000010.pdf |
| 0176-CE-3384526_0000010_1A0000397_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000398_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000398_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000398_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000399_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000399_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000399_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000399_0000004.pdf |
| 0176-CE-3384526_0000010_1A0000400_0000001_PHYSICAL.pdf |
| 0176-CE-3384526_0000010_1A0000401_0000001.pdf |

| |
|---|
| 0176-CE-3384526_0000010_1A0000401_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000401_0000003.pdf |
| 0176-CE-3384526_0000010_1A0000401_0000004.pdf |
| 0176-CE-3384526_0000010_1A0000402_0000001.pdf |
| 0176-CE-3384526_0000010_1A0000402_0000002.pdf |
| 0176-CE-3384526_0000010_1A0000403_0000001.pdf |
| 0176-CE-3384526_0000011_Redacted.pdf |
| 0176-CE-3384526_0000011_1A0000435_0000001_PHYSICAL.pdf |
| 0176-CE-3384526_0000012_Redacted.pdf |
| 0176-CE-3384526_0000013.pdf |
| 0176-CE-3384526_0000013_Import.pdf |
| 0176-CE-3384526_0000014.pdf |
| 0176-CE-3384526_0000014_1A0000001_0000001.pdf |
| 0176-CE-3384526_0000015.pdf |
| 0176-CE-3384526_0000015_1A0000002_0000001.pdf |
| 0176-CE-3384526_0000016.pdf |
| 0176-CE-3384526_0000016_1A0000003_0000001.pdf |
| 0176-CE-3384526_0000017_Redacted.pdf |
| 0176-CE-3384526_0000017_1A0000004_0000001_Redacted.pdf |
| 0176-CE-3384526_0000017_1A0000005_0000001.pdf |
| 0176-CE-3384526_0000017_1A0000005_0000002_Redacted.pdf |
| 0176-CE-3384526_0000017_1A0000005_0000003_Redacted.pdf |
| 0176-CE-3384526_0000017_1A0000005_0000004_Redacted.pdf |
| 0176-CE-3384526_0000018_Redacted.pdf |
| 0176-CE-3384526_0000019_Redacted.pdf |
| 0176-CE-3384526_0000019_1A0000006_0000001_Redacted.pdf |
| 0176-CE-3384526_0000019_1A0000007_0000001.pdf |
| 0176-CE-3384526_0000020_Redacted.pdf |
| 0176-CE-3384526_0000020_1A0000317_0000001.pdf |
| 0176-CE-3384526_0000020_1A0000317_0000002.pdf |
| 0176-CE-3384526_0000020_1A0000317_0000003.pdf |
| 0176-CE-3384526_0000021_Redacted.pdf |
| 0176-CE-3384526_0000022_Redacted.pdf |
| 0176-CE-3384526_0000022_Import_Redacted.pdf |
| 0176-CE-3384526_0000023_Redacted.pdf |
| 0176-CE-3384526_0000023_1A0000235_0000001_Redacted.pdf |
| 0176-CE-3384526_0000023_1A0000236_0000001_PHYSICAL.pdf |
| 0176-CE-3384526_0000024.pdf |
| 0176-CE-3384526_0000024_1A0000008_0000001_PHYSICAL.pdf |

| |
|---|
| 0176-CE-3384526_0000025_Redacted.pdf |
| 0176-CE-3384526_0000026_Redacted.pdf |
| 0176-CE-3384526_0000027.pdf |
| 0176-CE-3384526_0000027_1A0000009_0000001.pdf |
| 0176-CE-3384526_0000028.pdf |
| 0176-CE-3384526_0000028_1A0000010_0000001.pdf |
| 0176-CE-3384526_0000029.pdf |
| 0176-CE-3384526_0000029_1A0000011_0000001.pdf |
| 0176-CE-3384526_0000029_1A0000011_0000002.pdf |
| 0176-CE-3384526_0000029_1A0000011_0000003.pdf |
| 0176-CE-3384526_0000029_1A0000011_0000004.pdf |
| 0176-CE-3384526_0000029_1A0000011_0000005.pdf |
| 0176-CE-3384526_0000030.pdf |
| 0176-CE-3384526_0000030_1A0000012_0000001.pdf |
| 0176-CE-3384526_0000031_Redacted.pdf |
| 0176-CE-3384526_0000031_1A0000013_0000001_Redacted.pdf |
| 0176-CE-3384526_0000032_Redacted.pdf |
| 0176-CE-3384526_0000032_1A0000014_0000001_Redacted.pdf |
| 0176-CE-3384526_0000033.pdf |
| 0176-CE-3384526_0000033_1A0000015_0000001.pdf |
| 0176-CE-3384526_0000034.pdf |
| 0176-CE-3384526_0000035_Redacted.pdf |
| 0176-CE-3384526_0000036.pdf |
| 0176-CE-3384526_0000036_1A0000016_0000001.pdf |
| 0176-CE-3384526_0000037.pdf |
| 0176-CE-3384526_0000037_1A0006989_0000001.pdf |
| 0176-CE-3384526_0000037_1A0006990_0000001.pdf |
| 0176-CE-3384526_0000038.pdf |
| 0176-CE-3384526_0000039_Redacted.pdf |
| 0176-CE-3384526_0000039_1A0000018_0000001_Redacted.pdf |
| 0176-CE-3384526_0000040_Redacted.pdf |
| 0176-CE-3384526_0000040_1A0000404_0000001.pdf |
| 0176-CE-3384526_0000041.pdf |
| 0176-CE-3384526_0000041_1A0000003_0000001.pdf |
| 0176-CE-3384526_0000042_Redacted.pdf |
| 0176-CE-3384526_0000042_1A0000019_0000001_Redacted.pdf |
| 0176-CE-3384526_0000043.pdf |
| 0176-CE-3384526_0000044.pdf |
| 0176-CE-3384526_0000044_1A0000020_0000001_Redacted.pdf |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Michael J. Romano*
Michael J. Romano
Trial Attorney / Detailee